Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

**E-Filed 3/19/2010**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV 09-5124 JF |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| v. | |
| SERGIO SANTANA GUZMAN, et al. | |
| Defendants. | |

TO THE HONORABLE JEREMY FOGEL, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for March 26, 2010 at 10:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Sergio Santana Guzman individually and d/b/a Tacos Santana; and Besag, Inc., an unknown business entity d/b/a Tacos Santana.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the

1   preparation of a Case Management Conference Statement.

2        Plaintiff recently identified an alternative address that it believes will be successful to serve

3   its initiating suit papers, upon the Defendants.

4        **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

5   Management Conference, presently scheduled for March 26, 2010 at 10:30 AM and permit an

6   additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons

7   and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative,

8   a Notice of Voluntary Dismissal as to Defendants.

9

10

11        Respectfully submitted,

12

13

14

15   Dated: March 17, 2010        */s/ Thomas P. Riley*

16                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By: Thomas P. Riley
16                                Attorneys for Plaintiff
17                                J & J Sports Productions, Inc.

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER (Proposed)**
**CASE NO. CV 09-5124 JF**

1

2

## ORDER (Proposed)

3

4      It is hereby ordered that the Case Management Conference in civil action number CV 09-5124 JF

5   styled *J & J Sports Productions, Inc. v. Sergio Santana Guzman, et al.*, is hereby continued from 10:30

    AM, March 26, 2010 to _____May 14, 2010 at 10:30 a.m._____.

6

7      Plaintiff is granted an additional Thirty (30) to Forty-Five (45) days from today's date to

    effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service

8   by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Sergio Santana

9   Guzman individually and d/b/a Tacos Santana; and Besag, Inc., an unknown business entity d/b/a Tacos

10  Santana, where service has not been made or service by publication requested.

11      Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of

    Service of this Order with the Clerk of the Court.

12

13

14

15  **IT IS SO ORDERED**:

16

17

18

    _____          Dated: ____3/18/2010_____

19  **THE HONORABLE JEREMY FOGEL**
    **United States District Court**
20  **Northern District of California**

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 17, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Sergio Santana Guzman (Defendant)
2491 Mission Street
San Francisco, CA 94110

Besag, Inc. (Defendant)
2491 Mission Street
San Francisco, CA 94110

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 17, 2010, at South Pasadena, California.

Dated:  March 17, 2010                    */s/ Maria Baird*
                                          **MARIA BAIRD**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. CV 09-5124 JF