Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

**E-Filed 6/28/2010**

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:09-cv-05124-JF |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) AS MODIFIED |
| SERGIO SANTANA GUZMAN, et al. | |
| Defendants. | |

**TO THE HONORABLE JEREMY FOGEL, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Friday, July 2, 2010 at 10:30 a.m. This request will be, and is, necessitated by the fact that defendants Sergio Santana Guzman, individually and d/b/a Tacos Santana; and Besag, Inc., an unknown business entity d/b/a Tacos Santana are in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Friday, July 2, 2010 at 10:30 a.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: June 25, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

**ORDER** ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 5:09-cv-05124-JF styled *J & J Sports Productions, Inc. v. Sergio Santana Guzman, et al.*, is hereby ~~vacated~~ continued to 9/3/2010.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____            Dated:___6/28/2010_____

**THE HONORABLE JEREMY FOGEL**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 5:09-cv-05124-JF
PAGE 3

1

## PROOF OF SERVICE (SERVICE BY MAIL)

2

3          I declare that:

4

5          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6  and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7  California.  I am readily familiar with this law firm's practice for collection and processing of

8  correspondence/documents for mail in the ordinary course of business.

9

10         On June 25, 2010, I served:

11  **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

12         On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage
13  prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

14

15

16         Sergio Santana Guzman (Defendant)
          330 Chukar Court
17         Tracy, CA 95376

18         Besag, Inc. (Defendant)
19         330 Chukar Court
          Tracy, CA 95376

20

21         I declare under the penalty of perjury pursuant to the laws of the United States that the

22  foregoing is true and correct, and that this declaration was executed on June 25, 2010, at South

23  Pasadena, California.

24

25  Dated:  June 25, 2010                            */s/ Maria Baird*
26                                                   **MARIA BAIRD**

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 5:09-cv-05124-JF
PAGE 4**